COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
JEREMY EARLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JEREMY EARLS,<br>Defendant. | 2:24-CR-071-DJC-11<br>**AMENDED STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE INITIAL APPEARANCE ON REVOCATION PROCEEDINGS** |

**STIPULATION**

By previous order, the matter was set for an initial appearance regarding pretrial revocation proceedings on July 24, 2026. ECF 170. Due to Mr. Earls' difficulty in securing transportation from Southern California on such short notice, the parties stipulate to continue this hearing to July 31, 2026 at 2:00 PM, before Magistrate Judge Carolyn K. Delaney. The government and pretrial services do not object.

Respectfully submitted,

Dated: July 22, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
JEREMY EARLS

Dated: July 22, 2026

/s/ Katherine Lydon
KATHERINE LYDON
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: July 22, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE