COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
JEREMY EARLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JEREMY EARLS,<br>Defendant. | 2:24-cr-00071-DJC-11<br>**STIPULATION AND ORDER TO MODIFY RELEASE CONDITIONS AND VACATE HEARING** |

**<u>STIPULATION</u>**

By previous order, this matter was set for an initial appearance re pretrial release violation on July 31, 206. The parties, with the consent of Pretrial Services, now stipulate the following:

1. The defendant was arrested on new charges on May 21, 2026, by the Orange County Sheriff's Department for 4463(a)(1) VC – Forge/Alter Vehicle Registration or License Plate (a felony). The District Attorney's Office has filed charges in this matter, and Mr. Earls is next scheduled to appear on August 24, 2026, for a Pre-Trial hearing.
2. Although delayed, Mr. Earls notified Pretrial Services in the Central District of California of the law enforcement contact.

3. Pretrial Services and the United States Attorney's Office agree that the Pretrial Services Violation Petition dated July 21, 2026, be dismissed, and the hearing related thereto, set for July 31, 2026, be vacated.
4. The following conditions shall be added and all prior conditions of release ordered in the Eastern District on April 11, 2024, remain in full force and effect:
   - You must not commit any offense in violation of federal, state, or local law while on release in this case.
   - You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.

Respectfully submitted,

Dated: July 30, 2026

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
JEREMY EARLS

Dated: June 30, 2026

/s/ Katherine Lydon
KATHERINE LYDON
Assistant US Attorney
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: July 30, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE