COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
JEREMY EARLS

**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEREMY EARLS,<br>Defendant. | Case No.: 2:24-cr-00071-DJC-11<br><br>**ORDER FOR TRAVEL, LODGING, AND SUBSISTENCE FUNDS PURSUANT TO 18 U.S.C. §4285 AND THE CRIMINAL JUSTICE ACT 18 U.S.C. §3006A** |

Pursuant to 18 U.S.C. §4285, the Court orders the United States Marshal to furnish Jeremy Earls with the cost of air travel from Lakewood, California, to Sacramento, California so he may attend court in Sacramento on November 19, 2027 at 9:00 a.m. Additionally, the United States Marshal shall provide Mr. Earls with subsistence expenses for this period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

Pursuant to 18 U.S.C. §3006A, the Court orders disbursement of Criminal Justice Act (CJA) funds to furnish Mr. Earls with the cost of a hotel, food, and incidental expenses while he is in Sacramento, California on November 18-19, 2026, in connection with his court appearance on November 19, 2026.

It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Earl's return to his home in Lakewood, California when that court proceeding is completed. It is further ordered that to the extent practicable the travel and subsistence expenses shall not exceed the per diem travel allowance under 5 U.S.C.§ 5702(a).

It is further ordered that appointed counsel may advance the travel and subsistence funds to be disbursed from CJA funds. Counsel shall seek reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses authorized.

Dated: November 14, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE