COSCA LAW CORPORATION
CHRIS COSCA CA SBN 144546
701 University Avenue, Suite 104
Sacramento, CA 95825
(916) 440-1010

Attorney for Defendant
JEREMY EARLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JEREMY EARLS,<br>Defendant. | No. 2:24-cr-00071-DJC<br>**MOTION AND ORDER FOR TRAVEL, LODGING, AND SUBSISTENCE FUNDS PURSUANT TO 18 U.S.C. §4285 AND THE CRIMINAL JUSTICE ACT 18 U.S.C. §3006A** |

**MOTION**

This matter is set for a trial confirmation hearing on December 3, 2026. Defendant Jeremy Earls was ordered to appear personally. He resides in Lakewood, California (County of Los Angelas). He is indigent and requests funds to allow him to travel to the trial confirmation hearing and meet with counsel for trial preparation. He plans to travel on December 2, 2026 and return to Lakewood on November 3, 2026.

Pursuant to 18 U.S.C. §4285. Mr. Earls requests the United States Marshal provide him with the cost of air travel and subsistence expenses for this period not to exceed the amount authorized as per diem allowance per person for travel under 5 U.S.C. §5702(a).

Additionally, Mr. Earls requests the disbursement of funds under the Criminal Justice

Act, 18 U.S.C. §3006A, for a hotel, food, and incidental expenses while he is in Sacramento, California on December 2 and 3, 2026; and for travel and subsistence to enable him to return to his home in Lakewood, California.

Accordingly, Mr. Earls requests funding for his travel and subsistence as follows:

1. From the United States Marshal for the cost of air travel from Lakewood, California to Sacramento, California, so that he can attend court in Sacramento on December 3, 2026, and subsistence during that travel, pursuant to 18 U.S.C. §4285.
2. From funds authorized under the Criminal Justice Act, 18 U.S.C. §3006A, for the trial confirmation hearing, and for the cost of his return travel home and subsistence during that travel.
3. From undersigned counsel, advancing the subsistence expenses specified in (2) above with reimbursement to counsel from Criminal Justice Act (CJA) funds ordered by the Court.

Dated: November 17, 2026

Respectfully submitted,

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
JEREMY EARLS

**ORDER**

Pursuant to 18 U.S.C. §4285, the Court orders the United States Marshal to furnish Jeremy Earls with the cost of air travel from Lakewood, California, to Sacramento, California so he may attend court in Sacramento on December 3, 2026 at 9:00 a.m. Additionally, the United States Marshal shall provide Mr. Earls with subsistence expenses for this period not to exceed the amount authorized as per diem allowance for travel under 5 U.S.C. §5702(a).

Pursuant to 18 U.S.C. §3006A, the Court orders disbursement of Criminal Justice Act (CJA) funds to furnish Mr. Earls with the cost of a hotel, food, and incidental expenses while he is in Sacramento, California on December 2-3, 2026, in connection with his court appearance on December 3, 2026.

It is further ordered that CJA funds shall be disbursed for travel and subsistence to enable Mr. Earl's return to his home in Lakewood, California when that court proceeding is completed. It is further ordered that to the extent practicable the travel and subsistence expenses shall not exceed the per diem travel allowance under 5 U.S.C.§ 5702(a).

It is further ordered that appointed counsel may advance the travel and subsistence funds to be disbursed from CJA funds. Counsel shall seek reimbursement from CJA funds promptly once the authorized travel is completed. Counsel shall endeavor to limit the expenses, however counsel is not personally liable for excess expenses and shall be reimbursed from CJA funds for all expenses authorized.

Dated: November 17, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE